174 So. 905

## Tom SANFORD v. STATE.
### 6 Div. 91.

Court of Appeals of Alabama.
May. 11, 1937.

RICE, Judge.
Appeal dismissed.

167 So. 923

## Louis SCOGINS v. STATE.
### 8 Div. 225.

Court of Appeals of Alabama.
March 10, 1936.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 922

## John SCOTT v. STATE.
### 8 Div. 282.

Court of Appeals of Alabama.
Feb. 11, 1936.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 924

## Walter SCOTT v. STATE.
### 5 Div. 993.

Court of Appeals of Alabama.
Nov. 24, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

174 So. 905

## Robert SELF v. STATE.
### 8 Div. 530.

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 924

## Marvin SELLERS v. STATE.
### 6 Div. 959.

Court of Appeals of Alabama.
March 24, 1936.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 923

## Clarence SEXTON v. STATE.
### 2 Div. 562.

Court of Appeals of Alabama.
Jan. 14, 1936.

RICE, Judge.
Affirmed.

164 So. 924

## Earl Bryan SHATTUCK v. STATE.
### 6 Div. 830.

Court of Appeals of Alabama.
Dec. 17, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.